**Andy HINES, Plaintiff/Respondent,**

v.

**Paul GAIN, Defendant/Appellant.**

No. 68072.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 23, 1996.

Paul Gain, Ravenden Springs, Arkansas, pro se.

Terry R. Rottier, Ste. Genevieve, for respondent.

Before PUDLOWSKI, P.J., and SIMON and HOFF, JJ.

*ORDER*

PER CURIAM.

This is an appeal of an oral contract judgment in which the pro se defendant was ordered to pay plaintiff $888. Defendant's counter-claim was denied. We have read the briefs, legal file and transcript. We find no error of law and discern that there is no precedential value in publishing an opinion. We, therefore, affirm the judgment and issue this summary order in compliance with Rule 84.16(b).